**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Lamija Redzic,

Plaintiff

v.

Joseph B. Edlow,

Defendant

Case No.: 2:26-cv-00190-JAD-MDC

**Order Granting Unopposed Motion to Dismiss and Closing Case**

[ECF No. 19]

Plaintiff Lamija Redzic brought this action to compel USCIS's adjudication of an I-130 petition. Explaining that USCIS approved that petition on October 21, 2026, the defendant moves to dismiss.[1] Any opposition to that motion was due by November 12, 2026. That deadline passed without any response, leaving the motion unopposed.

This court's Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." I apply this rule and deem the plaintiff's failure to respond to the motion to dismiss as consent to granting it. IT IS THEREFORE ORDERED that the motion to dismiss **[ECF No. 19] is GRANTED.** This case is DISMISSED, and the Clerk of Court is directed to **CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
November 20, 2026

[1] ECF No. 19.